# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00374-CV

### B. D. H. and R. E. S., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

## FROM THE 155TH DISTRICT COURT OF FAYETTE COUNTY, NO. 2011V-331, THE HONORABLE JEFF R. STEINHAUSER, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellants B. D. H. and R. E. S. filed their notices of appeal on May 15, 2013 and May 22, 2013 respectively. The appellate record was complete June 18, 2013, making appellants' brief due July 8, 2013. On June 28, 2013, appellants, appearing pro se at the time, filed a motion for extension of time to file appellants' brief. By order dated July 3, 2013, this Court granted the motion in part and ordered the brief filed no later than July 23, 2013. On July 16, 2013, newly obtained counsel for the appellants filed a joint motion for extension of time to file appellants' brief.

We grant the motion and order counsel to file appellants' brief no later than August 23, 2013. If the brief is not filed by that date, counsel may be required to show cause why they should not be held in contempt of court.

It is ordered on July 18, 2013.


Before Chief Justice Jones, Justices Pemberton and Field